UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  
JEFFREY G. NOVAK  
KIMBERLY J. NOVAK

CHAPTER 13

CASE NO. 10-76036

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   JPMorgan Chase Bank NA        **Court claim #:** 11

**Last four digits** of any number used to identify the debtor's account: 9102

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $5249.37 (Per Creditor's Proof of Claim) |
|  | + 300.00 (Allowed Cost of Collection claim) |
|  | $5549.37 |
| Amount Paid by Trustee | $5549.37 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐  Thru the Chapter 13 Plan       ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  2/4/2016

/s/Lydia S. Meyer  
Lydia S. Meyer, Trustee  
308 W. State St., Suite 212  
Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 4th Day of February, 2016.

Dated:  2/4/2016                            /s/Cynthia K. Burnard

JPMORGAN CHASE BANK, N.A.
3415 VISION DRIVE
ATTN:  DEPT OH4-7126
COLUMBUS, OH 43219

FREEDMAN ANSELMO LINDBERG LLC
1807 W. DIEHL RD., SUITE 333
NAPERVILLE, IL  60563

CHASE HOME FINACE LLC
BANKRUPTCY DEPARTMENT
10790 RANCHO BERNARDO ROAD
SAN DIEGO, CA  92127-5705

CHASE HOME FINANCE LLC
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081

CHASE HOME FINANCE LLC
3415 VISION DRIVE
COLUMBUS, OH 43219

CHASE RECORDS CENTER
ATTN: CORRESPONDENCE MAIL
MAIL CODE LA4-5555 700 KANSAS LANE
MONROE, LA 71203

JEFFREY G. NOVAK
KIMBERLY J. NOVAK
5440 AVALON LANE
LAKE IN THE HILLS, IL  60156

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603